■ CITY OF NEW YORK v STATE OF NEW YORK. — Motion granted only to the extent of recalling the opinion of this court filed herein [82 AD2d 427] on August 13, 1981, and to substitute therefor a new opinion filed herewith. [See 83 AD2d 361.] Concur — Sandler, J. P., Carro, Bloom and Fein, JJ. ·

## (December 3, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JARRELLS, Appellant. — Judgments of resentence, Supreme Court, New York County (M. Williams, J.), rendered on October 31, 1980, unanimously affirmed. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Markewich and Lynch, JJ.